```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

GLORIA D. FERNANDEZ,   JUDGMENT
                       04-CV- 4819 (DLI)
        Plaintiff,

-against-

TRAUNER, COHEN & THOMAS, LLP,

        Defendant.

```
------------------------------------------------------------------X
```

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 7 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 1, 2005, dismissing the action for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the action for failure to prosecute.

Dated: Brooklyn, New York  
       September 02, 2005

Robert C. Heinemann  
Clerk of Court

By: _____  
Terry Vaughn  
Chief Deputy Clerk  
for Operations